## Schwartz *v.* Schwartz, Appellant.

Argued October 10, 1934. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

320

*George J. Edwards, Jr.,* for appellant.

*Harry A. Jones* and *Barnet Lieberman,* for appellee, were not heard.

PER CURIAM, November 26, 1934:

The judgment in this case is affirmed on the clear and concise opinion of the learned judge of the lower court.